UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches©,
Plaintiff

v.

Power 99.3 FM; Hot 97 FM
Defendants

Civil NO:

4:07-4145-MBS-WMC

**Complaint**

42 USC 1983. Conspiracy to divert attention to FCI Williamsburg solitary abuses. They play Hip hop on behalf of the government to divert the real truth away from non stop torture in All American Federal prisons. My civil rights are violated, I get no parole. I'm over 500 miles away from home. I get served Pork. I have no access to a radio. I can't get warm clothing. Defendants have a moral duty to help me because my 6th amendment rights were violated under Booker and Fan Fan. Defendants are Against white people. I seek $75 million

Jonathan Lee Riches©
#40948-018 FCI Williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches©